CITY OF NEW HAVEN *v.* KEVIN ROCHE ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is granted by the court.

*Louis B. Blumenfeld,* for the appellees (defendants).

*Henry L. Fisher,* deputy corporation counsel, for the appellant (plaintiff).

Argued June 6—decided June 6, 1978

EVELYN C. CLIFFORD *v.* JAMES R. CLIFFORD

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted by the court.

*Joseph J. McGuinness,* for the appellee (plaintiff).

*Edmund L. Pantani,* for the appellant (defendant).

Argued June 6—decided June 6, 1978

CHERYO HANCOCK *v.* JOHN HANCOCK

The plaintiff's motion to dismiss the appeal from the Superior Court in Litchfield County is granted by the court unless the defendant on or before July 10, 1978, takes proper steps to perfect the appeal.

*Zbigniew S. Rozbicki,* for the appellee (plaintiff).

*William E. Galligan,* for the appellant (defendant).

Argued June 6—decided June 6, 1978